UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| JULIE A. TARTER,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | Civil No. C11-1625-MJP-MAT<br><br>[~~PROPOSED~~] ORDER AMENDING THE SCHEDULING ORDER |

Based on Defendant's Motion to Amend the Scheduling Order, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

• Defendant shall have up to and including February 2, 2012, to file Defendant's responsive brief; and

• Plaintiff shall have up to and including February 16, 2012, to file a reply brief.

DATED this 24th day of January, 2012.

*(signature)*

Mary Alice Theiler
United States Magistrate Judge

Page 1    [~~PROPOSED~~] ORDER AMENDING THE SCHEDULING
         ORDER - [C11-1625-MJP-MAT]

Presented by:

s/ David J. Burdett
DAVID J. BURDETT
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2522
Fax: (206) 615-2531
david.burdett@ssa.gov